BL9132050

IN THE UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION

| | | | | |
|---|---|---|---|---|
| IN RE: | SHANA KITNER | : | Chapter: | 13 |
| | ROBERT KITNER | : | | |
| | | : | | |
| | | : | | |
| | | : | CASE NO: | 1:12-05465-MDF |
| | | : | | |

**NOTICE OF ADDRESS CHANGE**

eCAST Settlement Corporation hereby changes its address for its claim number 6, filed in this case. This claim will no longer be serviced by Bass and Associates.

Previous Address:

    3936 E FT. LOWELL RD, SUITE 200

    TUCSON, AZ 85712

New Address for Notices and Payments:

    eCAST Settlement Corporation

    PO Box 28136

    New York, NY 10087-8136

    610-228-2570

    proofofclaim@becket-lee.com

Respectfully Submitted,

By: /s/ Gregory P Deegan

    Gregory P Deegan, Claims Administrator

    Becket & Lee LLP

    PO Box 3001

    Malvern, PA 19355-0701

DATE: 8/9/2016

Case 1:12-bk-05465-MDF    Doc 67    Filed 08/09/16    Entered 08/09/16 09:50:55    Desc
Main Document    Page 1 of 1