# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert Kitner and Shana Kitner <br> <u>Debtor(s)</u> | BKY. NO. 12-05465 MDF <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of GREEN TREE SERVICING, LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6106

                                Respectfully submitted,

                                <u>**/s/ Thomas Puleo**</u>
                                Thomas Puleo, Esquire
                                James C. Warmbrodt, Esquire
                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 825-6306  FAX (215) 825-6406
                                Attorney for Movant/Applicant