```
                    United States Bankruptcy Court
                     Middle District of Pennsylvania
In re:                                                Case No. 12-05465-RNO
Robert Kitner                                         Chapter 13
Shana Kitner
        Debtors
```

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AGarner        Page 1 of 1         Date Rcvd: Nov 29, 2017
                            Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 4264091        E-mail/Text: bankruptcy.bnc@ditech.com Nov 29 2017 19:04:40      Green Tree Servicing LLC,
                P.O. Box 6154,    Rapid City, SD 57709-6154
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2017 at the address(es) listed below:
              Bass and Associates PC    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Jerome B Blank    on behalf of Creditor    GMAC MORTGAGE, LLC pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    Green Tree Servicing LLC jschalk@barley.com,
               sromig@barley.com
              Joshua I Goldman    on behalf of Creditor    Green Tree Servicing LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    GMAC MORTGAGE, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kimberly A Bonner    on behalf of Creditor    First National Bank of PA amps@manleydeas.com
              Melanie Walz Scaringi    on behalf of Debtor 1 Robert    Kitner kelly@scaringilaw.com,
               melanie@scaringilaw.com
              Melanie Walz Scaringi    on behalf of Debtor 2 Shana    Kitner kelly@scaringilaw.com,
               melanie@scaringilaw.com
              Nichole A Collins    on behalf of Debtor 2 Shana    Kitner mary@scaringilaw.com,
               matthew@scaringilaw.com
              Nichole A Collins    on behalf of Debtor 1 Robert    Kitner mary@scaringilaw.com,
               matthew@scaringilaw.com
              Thomas I Puleo    on behalf of Creditor    Green Tree Servicing LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 13

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:12-bk-05465-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert Kitner
15 Ridge Lane
Elliottsburg PA 17024

Shana Kitner
15 Ridge Lane
Elliottsburg PA 17024

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/29/2017.

Name and Address of Alleged Transferor(s):

Claim No. 9: Green Tree Servicing LLC, P.O. Box 6154, Rapid City, SD 57709-6154

Name and Address of Transferee:

Ditech Financial LLC fka Green Tree Servicing LLC
P.O. Box 6154
Rapid City, South Dakota 57709-6154
Ditech Financial LLC fka Green Tree Serv LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/01/17

Terrence S. Miller
**CLERK OF THE COURT**