IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     Robert Kitner | : | |
|     Shana Kitner | : | Case No: 1:12-bk-05465-RNO |
|         Debtors | : | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | : | |
| | : | |
| Robert Kitner | : | Relating to Response to Notice of |
| Shana Kitner | : | Final Cure Payment, Form 4100R, |
|         Movants | : | On Claim No. 9 |
|     vs. | : | |
| | : | |
| Ditech Financial LLC | : | |
|         Respondent | : | |
| | : | |
|     and | : | |
| | : | |
| Charles J. DeHart, III | : | |
|         Trustee | : | |

**WITHDRAWAL OF MOTION TO DETERMINE FINAL CURE AND MORTGAGE PAYMENT PURSUANT TO RULE 3002.1**

**AND NOW**, come the Debtors, Robert Kitner and Shana Kitner, by and through their attorney Melanie Walz Scaringi, Esq. and Scaringi & Scaringi, P.C. As the Respondent has now filed an Amended Response to the Notice of Final Cure resolving Debtors' Motion, Debtors now withdraw their Motion to Determine Final Cure and Mortgage Payment Pursuant to Rule 3002.1.

                                                      Respectfully Submitted:

Date:   December 11, 2017                  /s/ Melanie Walz Scaringi
                                                        Melanie Walz Scaringi, Esq.
                                                        Attorney ID# 88347
                                                        Scaringi & Scaringi, P.C.
                                                        2000 Linglestown Road, Suite 106
                                                       Harrisburg, PA 17110
                                                       (717) 657-7770
                                                       Attorney for Debtor