```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 12-05465-RNO
Robert Kitner                                                   Chapter 13
Shana Kitner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner            Page 1 of 1              Date Rcvd: Jan 19, 2018
                              Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
db/jdb         +Robert Kitner,   Shana Kitner,   15 Ridge Lane,   Elliottsburg, PA 17024-9025

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2018 at the address(es) listed below:
              Bass and Associates PC    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Jerome B Blank    on behalf of Creditor    GMAC MORTGAGE, LLC pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    Green Tree Servicing LLC jschalk@barley.com,
               sromig@barley.com
              Joshua I Goldman    on behalf of Creditor    Green Tree Servicing LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    GMAC MORTGAGE, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kimberly A Bonner    on behalf of Creditor    First National Bank of PA amps@manleydeas.com
              Melanie Walz Scaringi    on behalf of Debtor 2 Shana  Kitner kelly@scaringilaw.com,
               melanie@scaringilaw.com
              Melanie Walz Scaringi    on behalf of Debtor 1 Robert  Kitner kelly@scaringilaw.com,
               melanie@scaringilaw.com
              Nichole A Collins    on behalf of Debtor 2 Shana  Kitner mary@scaringilaw.com,
               matthew@scaringilaw.com
              Nichole A Collins    on behalf of Debtor 1 Robert  Kitner mary@scaringilaw.com,
               matthew@scaringilaw.com
              Thomas I Puleo    on behalf of Creditor    Green Tree Servicing LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 13

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Robert Kitner  
aka Robert Kitner Jr.  
15 Ridge Lane  
Elliottsburg, PA 17024  

Shana Kitner  
15 Ridge Lane  
Elliottsburg, PA 17024  

Chapter 13  
Case No. 1:12−bk−05465−RNO

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−3158  
xxx−xx−1154

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: January 19, 2018

By the Court,

Honorable Robert N. Opel  
United States Bankruptcy Judge  
By: AGarner, Deputy Clerk